UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES EDWARD CROSS, | Case No. 3:12-cv-00651-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| INEAZ BACA, et al., | |
| Respondents. | |

Petitioner has submitted an application to proceed *in forma pauperis* (dkt. no. 1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court finds that petitioner is able to pay the full filing fee of five dollars ($5.00).

Petitioner has not signed and verified his petition, as required by 28 U.S.C. § 2242 and Rule 2(c)(5) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner will need to correct this omission, or the Court will dismiss this action.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* (dkt. no. 1) is DENIED. Petitioner shall have thirty (30) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the Clerk of the Court. Failure to comply will result in the dismissal of this action.

IT IS FURTHER ORDERED that the Clerk of the Court shall send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

1 │ IT IS FURTHER ORDERED that the Clerk of the Court shall send petitioner a copy of the petition.

IT IS FURTHER ORDERED that petitioner shall re-submit his petition, signed under penalty of perjury, within thirty (30) days of entry of this order. Failure to comply will result in the dismissal of this action.

DATED THIS 17th day of December 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE