UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES EDWARD CROSS,<br><br>                    Petitioner,<br><br>     v.<br><br>INEAZ BACA, et al.,<br><br>                    Respondents. | Case No. 3:12-cv-00651-MMD-WGC<br><br>ORDER |

Petitioner did not sign his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, as required by 28 U.S.C. § 2242 and Rule 2(c)(5) of the Rules Governing Section 2254 Cases in the United States District Courts. The Court directed petitioner to re-submit the petition, signed and verified. Petitioner has not complied with the Court's order within the allotted time. The Court will dismiss this action without prejudice.

Reasonable jurists would not find the Court's conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that the Clerk shall add Catherine Cortez Masto, Attorney General for the State of Nevada, as counsel for respondents.

IT IS FURTHER ORDERED that the Clerk shall electronically serve upon respondents a copy of the petition and this order. No response is required.

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice for petitioner's failure to sign and verify his petition. The Clerk of the Court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

DATED THIS 4th day of February 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE